**Appeal Dismissed and Memorandum Opinion filed July 23, 2026.**



**In The**

# Fifteenth Court of Appeals

_____

**NO. 15-25-00157-CV**
_____

**ENRIQUE FERNANDEZ, Appellant**

**V.**

**WYNONNIE CARTER BUTLER, Appellee**

**On Appeal from the County Court at Law No 1**
**Bell County, Texas**
**Trial Court Cause No. 25CCV01332**

## MEMORANDUM OPINION

This appeal is from a judgment signed on September 10, 2025. Appellant's brief was due in this Court on April 20, 2026. On April 28, 2026, we notified Appellant that unless he filed a brief on or before May 28, 2026, the appeal would be subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

To date, appellant has not filed a brief or other response. Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.